## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **MARK CASTALDO and KIM CASTALDO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:16-cv-00518-VAB** |
| | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

### INITIAL MOTION FOR EXTENSION OF TIME TO PLEAD ON CONSENT

Pursuant to D.Conn.L.Civ.R. 7(b)(1), defendant Bank of America, N.A. ("BANA") moves for an initial extension of time of thirty (30) days, to May 4, 2016, in which to plead, move or otherwise respond to the Plaintiffs' Complaint dated March 28, 2016.  Counsel for BANA requires additional time to investigate Plaintiffs' claims and prepare the appropriate response. This is the first motion for extension of time which has been filed by BANA.  Counsel for BANA inquired of Plaintiffs' counsel, who consents to this motion.

**BANK OF AMERICA, N.A.**

**By its attorneys,**

**BY:_____/s/_____**
    **Pierre-Yves Kolakowski (CT 13318)**
    **Zeichner Ellman & Krause LLP**
    **35 Mason Street**
    **Greenwich, CT 06830**
    **(203) 622-0900**

Dated: April 4, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of April, 2016, I have caused the within Motion to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF).


_____/s/_____
Pierre-Yves Kolakowski (ct13318)
Commissioner of the Superior Court